UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. CV 22-8925 DDP (GJSx) | | Date April 25, 2023 |
| Title Hayley Hanson v. Nutribullet, LLC, et al. | | |

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Vanessa Figueroa | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NO APPEARANCE | NO APPEARANCE |

Proceedings:

ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) is ordered to show cause in writing no later than May 2, 2023 why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Answer by the defendant(s) or plaintiff's request for entry of default.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

|  | 00 : 00 |
|---|---|
|  | Initials of Preparer   vdr |